IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGIO JACKSON | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE TRUSTEES OF THE | : | |
| UNIVERSITY OF PENNSYLVANIA, *et al* | : | No. 17-4645 |
|     *Defendants*. | : | |

# O R D E R

**AND NOW**, this 22nd day of January, 2019, upon consideration of Defendants Allied Barton Security's and Allied Universal's Motion to Dismiss (Doc. No. 3), Defendant the Trustees of the University of Pennsylvania's Motion to Dismiss (Doc. No. 6), Defendant Michelle Chikaonda's Motion to Dismiss (Doc. No. 8), Defendant Wistar Institute's Motion to Dismiss (Doc. No. 14), and Plaintiff Sergio Jacksons Responses thereto (Doc. Nos. 10, 11, 12, and 15), it is **ORDERED** as follows:

1. The Allied Defendants' Motion to Dismiss (Doc. No. 3) is **GRANTED** for the reasons set out in the accompanying Memorandum;

2. Penn's Motion to Dismiss (Doc. No. 6) is **GRANTED IN PART AND DENIED IN PART** as set out in the accompanying Memorandum;

3. Ms. Chikaonda's Motion to Dismiss (Doc. No. 8) is **GRANTED** for the reasons set out in the accompanying Memorandum;

4. Wistar's Motion to Dismiss (Doc. No. 14) is **GRANTED** for the reasons set out in the accompanying Memorandum; and

5. Any and all claims against the Allied Defendants, Ms. Chikaonda, and Wistar are **DISMISSED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE